UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER B. PARKER and | : | |
| SALLY S. PARKER, | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | |
| v. | : | Docket No. 2:06-CV-2002-CG |
| | : | |
| LANCEALOTT FINANCIAL GROUP, INC., et al. | : | |
| Defendants | : | |
| | : | |

**PRETRIAL MEMORANDUM OF DEFENDANT,
LANCEALOTT FINANCIAL GROUP, INC.**

1. **Claims as to Defendant, Lancealott Financial Group, Inc.**

The claims of the plaintiffs against Lancealott Financial Group, Inc. are to be found in Count IV of the Plaintiffs' Second Amended Complaint, in which the plaintiffs claim that Lancealott "engaged in common law fraud . . . violated the Pennsylvania Credit Services Act . . . and violated the Pennsylvania Loan Broker Trade Practices Regulations."

2. **Facts**

Lancealott Financial Group, Inc. served as a mortgage broker in procuring loans for the plaintiffs for the purchase of an investment property located in West Conshohocken, Pennsylvania and for the refinance of their existing residence in Blue Bell, Pennsylvania. The plaintiffs claim that they were unaware of the terms and conditions of their loans, and/or that they were misled by Lancealott at the time of the closings.

Specifically, the plaintiffs claim that the terms of the loans procured to finance the purchase of the investment property in West Conshohocken were unacceptable to them, but at the

closing, certain representations were made to them by Jack Weinstein, the Lancealott broker, about the likelihood that the loans would somehow be recast in the ensuing days to provide a better interest rate.

Weinstein denies the assertions of the plaintiffs, and asserts, instead, that the plaintiffs knew full well the terms of the loans, and were advised completely of the nature of the transactions.

**3.** **Plaintiffs' Damages**

The plaintiffs' claims against the lender defendants include certain statutory penalties, and damages against Lancealott in excess of $110,000.

**4.** **Witnesses**

a. Plaintiffs;

b. Jack Weinstein - Lancealott Financial Group, 128 Bala Avenue, Bala Cynwyd, PA 19004; and

c. Sandy Soval - c/o Prudential Fox & Roach, 763 West Lancaster Avenue, Bryn Mawr, PA 19010

**5.** **List of Exhibits**

a. all exhibits produced by the plaintiffs through discovery;

b. all exhibits produced by the defendant lenders through discovery;

c. the transaction file of Lancealott Financial Group.  (NOTE: All documents in the files of Lancelott are duplicative of the documents produced by the lenders.)

d. the transactional file of Prudential Fox & Roach Realtors relative to the sale of the

West Conshohocken property, to be supplied by Sandy Soval at the time of trial.

                        Respectfully submitted,

                        **MURPHY AND O'CONNOR, LLP**

                By:    /s/ Thomas J. Gregory, Esquire
                        Thomas J. Gregory, Esquire
                        Two Penn Center Plaza, Suite 1100
                        1500 John F. Kennedy Boulevard
                        Philadelphia, PA 19102
                        (215) 564-0400
                        *Attorney for Defendant,*
                        *Lancealott Financial Group, Inc.*

Dated:  12/11/07

## CERTIFICATE OF SERVICE

I, Thomas J. Gregory, Esquire, hereby certify that a true and correct copy of the foregoing Pretrial Memorandum of Defendant, Lancealott Financial Group, Inc., was electronically filed on this **11th** day of **December, 2007**, and that service was therefore made electronically upon the following counsel and unrepresented parties:

David A. Scholl, Esquire
6 St. Albans Avenue
Newtown Square, PA 19073
*Attorney for Plaintiffs, Roger B. Parker and Sally S. Parker*

Frank R. Emmerich, Jr., Esquire
Conrad O'Brien Gellman & Rohn, PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916
and
Joy Harmon Sperling, Esquire
Pitney Hardin, LLP
PO Box 1945
Morristown, NJ 07962-1945
*Attorneys for Defendant, MortgageIT, Inc.*

Carole Lauren Delaney, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA   19103
*Attorney for Defendant,
Indymac Mortgage Holdings, Inc*.

Alison Altman Gross, Esquire
Pepper Hamilton, LLP
3000 Tow Logan Squire
18th and Arch Streets
Philadelphia, PA 19103
*Attorneys for Defendants,
Washington Mutual Band and Long Beach Mortgage Company*

Martin C. Bryce, Jr.
Steven J. Snyder
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA   19103-7599
*Attorneys for Defendant,
Countrywide Home Loans, Inc.*

Linda A. Michler, Esquire
7228 Baptist Road, #175
Bethel Park, PA   15102
*Attorney for Defendant, HSBC*


                                    **MURPHY AND O'CONNOR, LLP**

                      BY:      /s/ Thomas J. Gregory, Esquire
                              Thomas J. Gregory, Esquire